IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CARLOS GONZALEZ, (SPN #00629731) Petitioner, vs. WILLIAM STEPHENS, Respondent. | CIVIL ACTION NO. H-15-0643 |

## MEMORANDUM ON DISMISSAL

The petitioner has failed to keep the court apprised of his current address. Online research reveals that the petitioner is no longer confined at the Harris County Jail. It appears that the petitioner has been released from custody. The Harris County Jail is the only address on record for the petitioner.

Under Local Rule 83.4, a pro se litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The petitioner has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. MOORE, FEDERAL PRACTICE § 41.51(3)(b) & (e) (3d ed. 1998). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution. The petitioner's motion to proceed as a pauper, (Docket Entry No. 5), is GRANTED.

SIGNED at Houston, Texas, on ___May 27th___, 2015.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE